**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTINA RYNASKO, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>NEW YORK UNIVERSITY,<br><br>                    Defendant.<br><br><u>Related Cases</u><br>*Zagoria v. New York University,*<br>     No. 1:20-cv-03610-GBD<br>*Morales et al v. New York University,*<br>     No. 1:20-cv-04418-GBD<br>*Romankow v. New York University,*<br>     No. 1:20-cv-04616-GBD | Civil Action No. 1:20-cv-03250-GBD |

### <u>PLAINTIFFS RYNASKO, MORALES, AND GUIDRY'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL</u>

Pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, Plaintiffs Christina Rynasko, Serina Morales, and Adriana Guidry ("Plaintiffs") respectfully move this Court to appoint Bursor & Fisher, P.A. and Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Co-Lead Interim Class Counsel. Plaintiffs request this appointment to ensure the efficient and orderly prosecution of this class action litigation and the best possible representation for the proposed class alleged therein. This Motion is supported by the Plaintiffs' Memorandum of Law, filed contemporaneously herewith, along with the Declaration of Joseph I. Marchese and the

exhibits attached thereto, the Declaration of Steve W. Berman and the exhibit attached thereto, and all pleadings and papers filed herein.

Dated:  June 30, 2020

Respectfully submitted,

By:     /s/ Joseph I. Marchese
             Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Joseph I. Marchese
Andrew J. Obergfell
New York, New York 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jmarchese@bursor.com
            aobergfell@bursor.com

Sarah N. Westcot *(pro hac vice* app. forthcoming*)*
701 Brickell Ave, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Steve W. Berman (Pro Hac Vice Forthcoming)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

Nathaniel A. Tarnor (Bar No. 4742797) 555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 752-5455
Email: nathant@hbsslaw.com

Daniel J. Kurowski (Pro Hac Vice)
Whitney K. Siehl (Pro Hac Vice)

                                      455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Email: dank@hbsslaw.com
        whitneys@hbsslaw.com

*Attorneys for Plaintiffs Christina Rynasko, Serina Morales, and Adriana Guidry*