**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTINA RYNASKO, *on behalf of herself and all*
*others similarly situated,*

                                Plaintiff,

              -against-

NEW YORK UNIVERSITY,

                              Defendant.

                                

**MEMORANDUM DECISION**
**AND ORDER**

20 Civ. 3250 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The October 15, 2020 initial conference is cancelled.  This Court will hear argument on *only*

Plaintiff Daniel Zagoria's motion to consolidate and appoint lead counsel in 20 Civ. 3610

(GBD) (SLC), (ECF No. 7), on November 12, 2020 at 9:45 a.m.

Dated: New York, New York
       October 8, 2020

                                     SO ORDERED.

                                     *George B. Daniels*
                                     GEORGE B. DANIELS
                                     United States District Judge