UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTINA RYNASKO, *on behalf of herself and all others similarly situated*,

                                Plaintiff,

-against-

NEW YORK UNIVERSITY,

                                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 25 2021

ORDER

20 Civ. 3250 (GBD)

GEORGE B. DANIELS, District Judge:

    A status conference is scheduled for March 25, 2021 at 10:30 a.m.

Dated: January 25, 2021
       New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE