

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL ZAGORIA, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>            v.<br><br>NEW YORK UNIVERSITY,<br><br>                     Defendant. | Case No. 1:20-cv-3610-GBD |
| SERINA MORALES, ADRIANA GUIDRY, and ERIKA CHAMBERS on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>            v.<br><br>NEW YORK UNIVERSITY,<br><br>                     Defendant. | Case No. 1:20-cv-04418-GBD |
| CHRISTINA RYNASKO on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>            v.<br><br>NEW YORK UNIVERSITY,<br><br>                     Defendant. | Case No. 1:20-cv-03250-GBD |
| DAVID ROMANKOW and JACLYN ROMANKOW, on behalf of themselves and all others similarly situated,<br><br>            Plaintiff,<br><br>            v.<br><br>NEW YORK UNIVERSITY,<br><br>                     Defendant. | Case No. 1:20-cv-04616-GBD |

GEORGE B. DANIELS, District Judge:

The March 25, 2021 status conference in the above captioned cases is adjourned to April

22, 2021 at 9:45 a.m.

Dated: March 17, 2021
        New York, New York

SO ORDERED.

*George B. Daniel*
GEORGE B. DANIELS
United States District Judge