**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

CHRISTINA RYNASKO, on behalf of herself
and all others similarly situated,

Plaintiff,

-against-

NEW YORK UNIVERSITY,

Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/2021

20 **CIVIL** 3250 (GBD)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision and Order dated April 21, 2021, Defendant's motion

to dismiss the complaint, (ECF No. 31), is GRANTED. Plaintiff's motion for leave to amend, (ECF

No. 48), is DENIED; accordingly, this case is closed.

**Dated:** New York, New York

April 21, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**