**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

CHRISTINA RYNASKO,
*on behalf of herself and all others similarly situated,*

                      Plaintiff,

        -against-

NEW YORK UNIVERSITY,

                      Defendant.

------------------------------------x

ORDER

20 Civ. 3250 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 21 2021

GEORGE B. DANIELS, United States District Judge:

    The April 22, 2021 status conference is cancelled.

Dated: New York, New York
       April 21, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge