**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of March, two thousand twenty-three,

Before:  Barrington D. Parker,
  Michael H. Park,
  Beth Robinson,
   *Circuit Judges.*

_____

| | |
|---|---|
| Christina Rynasko, on behalf of herself and all others similarly situated, | |
| Plaintiff - Appellant, | **JUDGMENT** |
| v. | Docket No. 21-1333 |
| New York University, | |
| Defendant - Appellee. | |

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 07 2023

The appeal in the above captioned case from a decision of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's dismissal of the Amended Complaint is AFFIRMED. The district court's denial of Plaintiffs' Motion for Leave to Amend is VACATED and the cause is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/07/2023