UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

CHRISTINA RYNASKO, *on behalf of herself and all others similarly situated,*

                          Plaintiff,

-against-

NEW YORK UNIVERSITY,

                          Defendant.

------------------------------------ x

ORDER

20 Civ. 3250 (GBD)

GEORGE B. DANIELS, United States District Judge:

      This case is reopened consistent with the opinion of the United States Court of Appeals for the Second Circuit, (*see* ECF Nos. 62 and 63), giving Plaintiff sixty (60) days from the date of this Order to amend her pleadings. Plaintiff's failure to amend will result in this Court closing the case again.

Dated: August 8, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE