

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
keara.gordon@us.dlapiper.com
T   212.335.4632
F   212.884.8632

September 20, 2023

*Via ECF*

The Honorable George B. Daniels, U.S.D.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *Rynasko v. New York University*, Case No. 1:20-cv-3250-GBD
Letter Request for Extension of Time to Answer, Move, or Otherwise Respond to the Second Amended Complaint

Dear Judge Daniels:

On behalf of the defendant, New York University ("NYU"), and in accordance with Your Honor's Individual Rules and Practices Rule II(A) and Rule II(C), we respectfully request an extension of NYU's time to answer, move, or otherwise respond to plaintiff Casey Hall-Landers' Second Amended Complaint (ECF No. 65) ("SAC").

NYU's current date to answer, move, or otherwise respond to the SAC is October 2, 2023. There have been no previous requests for extension of this deadline. NYU requests that its time to answer, move, or otherwise respond be forty-five (45) days from the September 18, 2023 filing of the SAC, November 2, 2023. NYU requires more than the allotted 14-day response period, given that the SAC includes 156 paragraphs of allegations spread over 49 pages. Counsel for NYU has consulted with plaintiff's counsel, who consents to this request.

This request for extension is not for delay or any other improper purpose, and no party will be prejudiced by the extension. Thank you in advance for your consideration of this request.

Respectfully submitted,

*/s/ Keara M. Gordon*
Keara M. Gordon

cc:     All Counsel of Record