UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
CASEY E. HALL-LANDERS, *individually and on behalf of all others similarly situated*,

            Plaintiff,

-against-

NEW YORK UNIVERSITY,

           Defendant.

------------------------------------x

ORDER

20 Civ. 3250 (GBD)

GEORGE B. DANIELS, United States District Judge:

    All counsel in the above-captioned case are directed to appear before this Court on November 7, 2023 at 9:45 a.m. for a status conference.

Dated: New York, New York
      September 27, 2023

SO ORDERED:

The status conference is scheduled for November 17, 2023 at 9:45 a.m.

SEP 27 2023

*George B. Daniels*
HON. GEORGE B. DANIELS