UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA RYNASKO, individually and on behalf of all others similarly situated,

                Plaintiff,

-v-

NEW YORK UNIVERSITY,

                Defendant.

CIVIL ACTION NO. 20 Civ. 3250 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

An in-person conference is scheduled for **Thursday, November 16, 2023 at 10:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York, to discuss Defendant's request for "bifurcated discovery and expedited class certification briefing to determine whether the Court has subject matter jurisdiction over this case" (ECF No. 73 (the "Request")) and Plaintiff's opposition to the Request (ECF No. 74).

By **November 8, 2023**, the parties shall order a transcript of the November 7, 2023 status conference before the Honorable George B. Daniels, and shall select the "3 Day" option for

delivery.

Dated:        New York, New York
               November 7, 2023

                                       SO ORDERED.

                                       **SARAH L. CAVE**
                                       **United States Magistrate Judge**

2