UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASEY E. HALL-LANDERS, individually and on behalf of all others similarly situated,

                Plaintiff,

-v-

NEW YORK UNIVERSITY,

                Defendant.

CIVIL ACTION NO. 20 Civ. 3250 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 16, 2023, the Court held an in-person conference (the "Conference") to discuss Defendant's request for "bifurcated discovery and expedited class certification briefing[.]" (ECF No. 73 (the "Request"); see ECF No. 76; ECF min. entry Nov. 16, 2023). To aid the Court in resolving the Request, the Court orders that, by **today, November 17, 2023**, Defendant shall order a transcript of the Conference, and select the "Next Day" option for delivery.

Dated:    New York, New York
            November 17, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge