UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASEY E. HALL-LANDERS, individually and on behalf of all others similarly situated,

                Plaintiff,

  -v-

NEW YORK UNIVERSITY,

                Defendant.

CIVIL ACTION NO. 20 Civ. 3250 (GBD) (SLC)

**AMENDED TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 85 is GRANTED, and the telephone status conference scheduled for January 17, 2024 is ADJOURNED to **Monday, February 5, 2024 at 3:00 pm** on the Court's conference line. The parties are directed to call: (886) 390-1828; access code: 380-9799, at the scheduled time. If there are any issues requiring the Court's attention, the parties may file a joint letter, no longer than three (3) pages, outlining the issues by **January 26, 2024**.

The Clerk of Court is respectfully directed to close ECF No. 85.

Dated:     New York, New York
            January 10, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge