**EXHIBIT B**

Subscribe     Past Issues                                                                     Translate ▼

Email not displayed correctly? View in your browser »



Dear Silver Students,

I hope this finds you and your loved ones healthy and managing through this extremely challenging time.

I realize that you are receiving numerous COVID-19-related communications from both the School and the University in an effort to keep you informed, and we have heard from many of you regarding a **message** from the central University sent to the entire NYU community this past weekend. I understand that this email caused some confusion and raised questions, so I wanted to provide some clarification as it relates to your studies at the Silver School.

## Course-Related Fees

The University's email noted that refunds are being provided in instances where NYU students may not have received all or part of supplies or materials that are necessary for specific courses at the University, and that were billed by the University's bursar (such as lab equipment, art supplies, or travel for study away courses). The email was accompanied by a **listing of schools and refunds**, and did not note any designated fee refunds for Silver School courses. The Silver School, along with many other Schools at NYU, were not included on this list because the University's assessment was *limited to special course fees billed to students via the University's bursar*. The only course at the Silver School that has fees assessed in this way is Creative Arts Therapy in Clinical Social Work, and students in that course were not charged this semester by the University's bursar.

## Tuition and Registration/Service Fees

As referenced in a recent petition and via some emails we've received over the past few days, I also want to offer some clarification on some questions about University tuition and registration/service fees: tuition policies are set forth by the central University and not its Schools, and the **University's policy** is that coursework continues remotely in order to ensure students' academic progress,

NYU_Hall-Landers_00000805

*refunds, nor refunds on fees associated with registration at any School at the University*. These are University policies, and not those of the Silver School.

**Field Placements**

We have also heard some of you express concerns regarding Field placements and refunds. We understand that the decision to quickly shift to remote field assignments, and then to briefly shorten the length of your field placements this semester was disruptive; we made these decisions to prioritize your health and safety first—as well as that of your clients and fieldwork colleagues—and next prioritized your academic progress. As noted earlier by the School's Field Learning Office, even in spite of these disruptions and early terminations, *NYU Silver students are still exceeding the expected fieldwork education hours prescribed by the Council on Social Work Education and the New York State Department of Education for an MSW or BS in social work degree, and therefore students are able to receive full coursework credit for fieldwork this semester*. Tuition is assessed per credit and not per fieldwork hour, and this arrangement ensures that you are able to continue unimpeded in your academic progress toward your degree. Aside from fees and tuition, if you have concerns about the quality of your MSW courses, you should continue to direct these to the relevant Curriculum Area Chair, Associate Dean Martin for electives, and Assistant Dean Luce for Field. For other degree programs, you should continue to direct your concerns to your Program Director.

Among the many and severe challenges we are all facing in this pandemic are economic ones. On this broad concern, I want to point out that both the School and the University have set up portals for requesting emergency aid in response to the COVID-19 crisis (please see **Silver Emergency Resource Form** and **University Emergency Relief Grant**), and for which we are actively fundraising from our alumni community.

The economic challenges during this pandemic are beyond daunting, and necessitate larger societal support. While initial emergency federal legislation recently passed included some very modest funding to higher education including emergency student financial assistance (see **this *Chronicle of Higher Education* article**), much more will be needed. Representatives of the Graduate Student Association and I, along with Associate Deans James Martin and Courtney O'Mealley, met yesterday and began to consider ways we might

*jointly work to elevate public awareness and encourage more robust national and state action to address students' financial challenges at this time.*

We will continue to provide information and clarification on matters that affect your learning at Silver and we welcome your thoughts and feedback. We so appreciate your exceptional versatility and forbearance, and the Silver School leadership team, faculty, and staff are here to do our utmost to support you in this most challenging time.

Sincerely,

Neil B. Guterman
Dean and Paulette Goddard Professor

    

Copyright © 2020 NYU Silver School of Social Work, All rights reserved.

Update your preferences or unsubscribe from this list.