UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASEY E. HALL-LANDERS, individually and on behalf of all others similarly situated,

                  Plaintiff,

-v-

NEW YORK UNIVERSITY,

                  Defendant.

CIVIL ACTION NO. 20 Civ. 3250 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, February 5, 2024 (the "Conference"), regarding the discovery issues raised in the parties' joint letter at ECF No. 89, the Court orders as follows:

1. Defendant shall promptly search for and produce for the 2019-2020 academic school year (i) the "bulletin" or analogous document for Defendant's 18 schools in its New York City campus and (ii) any university-wide welcome mailers or analogous communications to Defendant's students.

2. Plaintiff shall provide Defendant with additional information regarding the pages of Defendant's website that Plaintiff reviewed, to allow Defendant to search for and produce the archived pages through the Wayback Machine.

3. Defendant shall promptly ascertain and advise Plaintiff whether Defendant's schools other than the Tisch School of the Arts maintain separate codes of conduct, and if so, produce such codes of conduct.

4. Defendant shall identify for Plaintiff all social media platforms Defendant utilized for the 2019-2020 academic school year.

5. Defendant shall promptly produce data showing, for both its undergraduate and graduate programs, the tuition and fees it received for the 2019-2020 academic school year, net of financial aid, grants, and scholarships.

6. The parties shall promptly meet and confer regarding search terms and timeframes for conducting a search of the custodial files of Defendant's Federal Rule of Civil Procedure 30(b)(6) witnesses (the "Witnesses") for communications regarding Defendant's deliberations concerning Defendant's tuition and fee policies in light of the COVID-19 pandemic.

7. Defendant represented that it received funding through the CARES Act, information about which is available on Defendant's public website.  Defendant's Witnesses shall be prepared to testify regarding CARES Act and any other external funding Defendant received to address the impact of the COVID-19 pandemic.

8. Regarding the parties' dispute with respect to Plaintiff's refusal to produce an unredacted copy of Plaintiff's engagement letter with counsel (the "Engagement Letter"):

    a. By **February 8, 2024 at 12:00 pm**, Plaintiff shall: (i) file a letter, no longer than two (2) pages, attaching the Engagement Letter as produced with redactions and setting forth authoritative support for its redactions, and (ii) email to Chambers (Cave_NYSDChambers@nysd.uscourst.gov) the unredacted Engagement Letter.

    b. By **February 12, 2024 at 5:00 pm**, Defendant shall file a letter, no longer than two (2) pages, responding to Plaintiff's arguments.

9. By **February 14, 2024**, the parties shall file a joint letter proposing an amended schedule for the completion of discovery relating to class certification and for the briefing of Plaintiff's anticipated motion for class certification.

The parties shall promptly order a transcript of the Conference.

Dated:	New York, New York
	February 5, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**