# BURSOR & FISHER
P.A.

**701 BRICKELL AVENUE**  
**SUITE 1420**  
**MIAMI, FL 33131**  
www.bursor.com

**SARAH N. WESTCOT**  
Tel: **305.330.5512**  
Fax: **925.407.2700**  
swestcot@bursor.com

February 8, 2024

<u>*Via ECF*</u>

The Honorable Sarah L. Cave, U.S.M.J.  
U.S. District Court, Southern District of New York  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

   Re: *Casey E. Hall-Landers v. New York University* (No. 1:20-cv-3250-GBD)  
      (S.D.N.Y.) - Letter Regarding Engagement Letter

Dear Judge Cave:

  Plaintiff writes pursuant to the Court's February 5, 2024 Order (Dkt. No. 90) requiring Plaintiff to file a letter setting forth authority to support Plaintiff's redactions to the Engagement Letter. The parties have resolved the issue regarding the Engagement Letter, and Plaintiff has produced the same to Defendant. Therefore, there are no further issues for the Court to address at this time.

  Plaintiff thanks the Court for its time and attention to this matter.

Sincerely,

*/s/ Sarah N. Westcot*

Sarah N. Westcot