UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASEY E. HALL-LANDERS, individually and on behalf of all others similarly situated,

                Plaintiff,

  -v-

NEW YORK UNIVERSITY,

                Defendant.

CIVIL ACTION NO. 20 Civ. 3250 (GBD) (SLC)

**AMENDED CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 5, 2024, the Court addressed various discovery issues raised in the parties' joint letter at ECF No. 89, and directed the parties to file by February 14, 2024 a joint letter (the "Letter") proposing an amended schedule (the "Schedule") for the completion of discovery relating to class certification and for the briefing of Plaintiff's anticipated motion for class certification (the "Motion"). (ECF No. 90). On February 14, 2024, the parties filed the Letter, in which Plaintiff proposes a Schedule and Defendant states that it "does not currently have sufficient information to assess whether [Plaintiff's] proposed [S]chedule is appropriate because two outstanding discovery disputes remain unresolved" (the "Issues"). (ECF No. 95). Defendant did not submit a proposed Schedule.

Having reviewed the Letter, the Court orders as follows:

1. The case management plan is amended as follows:

    a. Class Discovery shall be completed by **May 22, 2024**.[1]

---

[1] The scope of Class Discovery is defined in the Court's November 22, 2023 Opinion and Order regarding Defendant's request for bifurcation of Class Discovery from merits discovery. (ECF No. 83 at 14 ¶ 1).

    b. By **June 21, 2024**:

        i. Plaintiff shall file the Motion.

        ii. Plaintiff shall serve their expert disclosure(s) and report(s) relating to class certification.

    c. By **August 21, 2024**:

        i. Defendant shall file its opposition to the Motion.

        ii. Defendant shall serve its rebuttal expert disclosure(s) and report(s), if any.

    d. By **September 23, 2024**:

        i. Plaintiff shall file their reply, if any.

        ii. Plaintiff shall file their reply expert report(s), if any.

    e. By **September 30, 2024**, the parties shall file a joint letter, no longer than five (5) pages, setting forth their positions as to which, if any, merits discovery may proceed while the Motion is pending.

    f. The in-person conference schedule for May 16, 2024 is ADJOURNED to **Thursday, October 3, 2024 at 10:00 am**, and will take place in courtroom 18A, 500 Pearl Street, New York, New York.

2. The parties shall continue to meet and confer and, by **February 29, 2024**, file a joint letter, no longer than three (3) pages, reporting on the status of the Issues.

Dated:    New York, New York        SO ORDERED.
           February 15, 2024

                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**