UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASEY E. HALL-LANDERS, individually and on behalf of all others similarly situated,

                          Plaintiff,

-v-

NEW YORK UNIVERSITY,

                          Defendant.

CIVIL ACTION NO. 20 Civ. 3250 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' letter at ECF No. 112, the Court orders as follows:

1. The telephone status conference scheduled for May 1, 2024 is CANCELLED.

2. By **May 29, 2024**, the parties shall file a joint letter certifying the completion of Class Discovery.[1]

The Clerk of Court is respectfully directed to cancel the May 1, 2024 telephone conference.

Dated:      New York, New York
             April 19, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] The scope of Class Discovery is defined in the Court's November 22, 2023 Opinion and Order regarding Defendant's request for bifurcation of Class Discovery from merits discovery. (ECF No. 83 at 14 ¶ 1).