UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASEY E. HALL-LANDERS, <u>individually and on behalf of all others similarly situated</u>,

                Plaintiff,

  -v-

NEW YORK UNIVERSITY,

                Defendant.

CIVIL ACTION NO. 20 Civ. 3250 (GBD) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

    The Court will hear oral argument on Plaintiff Casey E. Hall-Landers' <u>Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel</u> (ECF No. 117) during the previously scheduled in-person conference on Wednesday, October 30, 2024 at 10:00 a.m. in Courtroom 18A, 500 Pearl Street, New York, New York. (ECF No. 128).

    Each side will be allotted 30 minutes of argument. Plaintiff may reserve a portion of the allotted time for rebuttal. The Court will then discuss with the parties any ripe discovery issues raised in the joint letter to be filed on October 25, 2024. (<u>See</u> ECF No. 128).

Dated:    New York, New York
           October 9, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**