UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASEY E. HALL-LANDERS, <u>individually and on behalf of all others similarly situated</u>,

            Plaintiff,

-v-

NEW YORK UNIVERSITY,

            Defendant.

CIVIL ACTION NO. 20 Civ. 3250 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Defendant's opposed request (ECF No. 158) is **GRANTED** to the extent is seeks to adjourn oral argument on Plaintiff Casey E. Hall-Landers' <u>Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel</u> (ECF No. 117 (the "Class Motion")).

    The discovery conference scheduled for Wednesday, October 30, 2024 at 10:00 a.m. and the October 25, 2024 deadline for the parties to submit their joint letter (<u>see</u> ECF No. 128) remain unchanged. The Court will discuss the parties' positions on briefing Federal Rule of Evidence 702 challenges to the Class Motion at the discovery conference. The oral argument currently scheduled for Wednesday, October 30, 2024 at 10:00 a.m. is **ADJOURNED** to a date to be determined after the October 30, 2024, discovery conference.

    The Clerk of Court is respectfully directed to close ECF No. 158.

Dated:     New York, New York
            October 18, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**