UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY E. HALL-LANDERS, <u>individually and on behalf of all others similarly situated</u>,<br><br>        Plaintiff,<br><br> -v-<br><br>NEW YORK UNIVERSITY,<br><br>        Defendant. | CIVIL ACTION NO. 20 Civ. 3250 (GBD) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

After review of the parties' joint status letter (ECF No. 161) it is ORDERED as follows:

(1) Merits discovery is **STAYED** pending resolution of Plaintiff Casey E. Hall-Landers' <u>Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel</u> (ECF No. 117 (the "Class Motion")).

(2) The discovery conference set for Wednesday, October 30, 2024, at 10:00 a.m. is **ADJOURNED** to a date to be determined after resolution of the Class Motion.

(3) Defendant's request for a briefing schedule on Federal Rule of Evidence 702 challenges to the Class Motion is **held in abeyance**.

(4) Oral argument on the Class Motion is scheduled for **Thursday, November 21, 2024 at 10:00 a.m.** in Courtroom 18A, 500 Pearl Street, New York, New York. Each side will be allotted 30 minutes of argument. Plaintiff may reserve a portion of the allotted time for rebuttal.

Dated: New York, New York
October 28, 2024

SO ORDERED.

*Sarah Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**

2