

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
keara.gordon@dlapiper.com
T  212.335.4632
F  212.884.8632

November 22, 2024

*Via ECF*

The Honorable Sarah L. Cave, U.S.M.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Hall-Landers v. New York University*, Case No. 1:20-cv-3250-GBD-SLC
      <u>Submission of Oral Argument Presentation Slide Deck in Opposition to Class Certification</u>

Dear Judge Cave:

      As directed at yesterday's hearing, defendant New York University ("NYU") respectfully submits the slides ("Presentation") it presented at oral argument in opposition to the plaintiff's motion for class certification ("Motion," ECF No. 117).

      NYU thanks the Court for its attention and will make itself available should the Court have any questions.

      Respectfully submitted,

      */s/ Keara M. Gordon*
      Keara M. Gordon

cc: All Counsel of Record (via ECF)

Encls: NYU's Presentation (sealed and redacted versions)