

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
keara.gordon@dlapiper.com
T  212.335.4632
F  212.884.8632

November 22, 2024

> Defendant's motion to seal (ECF No. 176) is **GRANTED.**
>
> The Clerk of Court is respectfully directed to close ECF No. 176.
>
> SO ORDERED.    November 25, 2024
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

*VIA ECF*

The Honorable Sarah L. Cave, U.S.M.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Hall-Landers v. New York University*, Case No. 1:20-cv-3250-GBD-SLC
      <u>NYU's Letter Motion to Seal its Oral Argument Presentation Slide Deck in Opposition to Class Certification</u>

Dear Judge Cave:

As directed at yesterday's hearing, defendant New York University ("NYU") will respectfully submit the slides ("Presentation") it presented at oral argument in opposition to the plaintiff's motion for class certification ("Motion," ECF No. 117). Further, NYU seeks permission to file under seal portions of the Presentation pursuant to Section 6 of the Southern District of New York's Electronic Case Filing Rules & Instructions, and Rule I(F) of Your Honor's Individual Rules of Practice. The reason for this request is that the Presentation excerpts portions of documents that NYU has already filed under seal as part of its opposition to the plaintiff's Motion (ECF Nos. 133, 150). NYU will also publicly file a redacted version of the Presentation, with all information that is non-confidential unredacted.

NYU thanks the Court for its attention and will make itself available should the Court have any questions.

Respectfully submitted,

*/s/ Keara M. Gordon*
Keara M. Gordon

cc: All Counsel of Record (via ECF)