# BURSOR & FISHER
P.A.

**701 Brickell Ave.**
**SUITE 2100**
**MIAMI, FL 33131**
**www.bursor.com**

**SARAH N. WESTCOT**
Tel: **305.330.5512**
Fax: **305.679.9006**
swestcot@bursor.com

November 25, 2024

*Via ECF*

The Honorable Sarah L. Cave, U.S.M.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Hall-Landers. v. New York University*, Case No. 1:20-cv-03250-GBD-SLC
      **Letter Regarding Filing of Transcript**

Dear Judge Cave:

    Pursuant to this Court's November 21, 2024 Order (ECF No. 175), Plaintiff respectfully submits the transcript of oral argument for Plaintiff's motion for class certification, attached hereto as Exhibit 1.

Sincerely,

*Sarah N. Westcot* (signature)

Sarah N. Westcot