# BURSOR & FISHER
P.A.

| | |
|---|---|
| 701 Brickell Ave.<br>SUITE 2100<br>MIAMI, FL 33131<br>www.bursor.com | SARAH N. WESTCOT<br>Tel: 305.330.5512<br>Fax: 305.679.9006<br>swestcot@bursor.com |

November 25, 2024

*Via ECF*

The Honorable Sarah L. Cave, U.S.M.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Hall-Landers. v. New York University*, Case No. 1:20-cv-03250-GBD-SLC
      **Letter Motion to Seal Certain Portions of the Class Certification Hearing Transcript**

Dear Judge Cave:

Pursuant to Rule I(F) of Your Honor's Individual Rules of Practice, and this Court's November 21, 2024 Order (ECF No. 175), Plaintiff respectfully requests that the Court permit Plaintiff to file certain portions of the class certification hearing transcript under seal. Specifically, NYU has marked the deposition transcript of Martin Dorph and Clay Shirky as confidential and the same were filed under seal as part of Plaintiff's opening brief. Therefore, Plaintiff has redacted the portions of the transcript that specifically quote or summarize the deposition testimony filed under seal. In addition, Plaintiff has redacted the portions of the transcript that reference their protected and/or private health information, which was also sealed in both Defendant's opposition and Plaintiff's reply brief and was the subject of the Court's September 19, 2024 (ECF No. 150) and October 31, 2024 (ECF No. 170) sealing Orders.

Plaintiff will file a redacted version of the materials on the public docket and provide the Court and Defendant with unredacted versions separately.

Sincerely,

*Sarah N. Westcot*

Sarah N. Westcot

---

Plaintiff's motion to seal (ECF No. 180) is **GRANTED.**

The Clerk of Court is respectfully directed to close ECF No. 180.

SO ORDERED.   November 26, 2024

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge