December 10, 2024

*Via ECF*

The Honorable George B. Daniels, U.S.D.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Hall-Landers v. New York University*, Case No. 1:20-cv-3250-GBD-SLC
      <u>Joint Letter Requesting Extensions of Time for the Parties' Objections and Responses To Magistrate Judge Cave's December 6, 2024 Report and Recommendations (ECF No. 186)</u>

Dear Judge Daniels:

    The parties jointly write to request that their deadlines to file objections to Magistrate Judge Cave's December 6, 2024 Report and Recommendations (ECF No. 186) be extended from December 20, 2024 through and including **January 10, 2025** (a three-week extension). The reason for the request is that Plaintiff's counsel is traveling for business during the week of December 9, 2024, combined with the parties' pre-existing litigation deadlines and the holidays. The parties further request that their deadlines to file responses to each other's objections be extended from January 24, 2025 to **February 13, 2025** given pre-existing litigation deadlines.

    Neither party has previously sought an adjournment of the objection deadline. The parties write jointly, and therefore consent to the briefing schedule set forth above.

Respectfully submitted,

| BURSOR & FISHER, P.A. | DLA PIPER LLP (US) |
|---|---|
| By: */s/ Andrew Obergfell* | By: */s/ Keara M. Gordon* |
|     Joseph I. Marchese |     Keara M. Gordon |
|     Andrew Obergfell |     Colleen Carey Gulliver |
|  |     Rachael C. Kessler |
| 1330 Avenue of the Americas, 32nd Floor | 1251 Avenue of the Americas, 27th Floor |
| New York, NY 10019 | New York, NY 10020 |
| Telephone: (646) 837-7150 | Telephone: (212) 335-4500 |
| Facsimile: (212) 989-9163 | Facsimile: (212) 335-4501 |
| BURSOR & FISHER, P.A. | *Attorneys for Defendant New York University* |
| Sarah N. Westcot |  |
| 701 Brickell Avenue, Suite 1420 |  |
| Miami, FL 33131 |  |

Telephone: (305) 330-5512
Facsimile: (305) 676-9006

*Attorneys for Plaintiff Casey E. Hall-Landers*