UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASEY E. HALL-LANDERS, <u>individually and on behalf of all others similarly situated</u>,

                Plaintiff,

  -v-

NEW YORK UNIVERSITY,

                Defendant.

CIVIL ACTION NO. 20 Civ. 3250 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

After review of Judge Daniels' March 26, 2025 Memorandum Decision and Order (ECF No. 204), it is ORDERED that on or before **April 10, 2025**, the parties shall (i) meet and confer regarding their proposed case schedule and whether they would like a settlement conference with Judge Cave and (ii) file a joint letter setting forth their positions on the same.

Dated:    New York, New York
           March 27, 2025

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**