UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| Casey E. Hall-Landers, |
| Plaintiff, |
| -against- |
| New York University, |
| Defendant. |

20-cv-03250 (GBD) (SLC)

**ORDER**

George B. Daniels, United States District Judge:

Since Defendant did not contest the sealing of materials outlined in Plaintiff's February 10, 2025 Letter Motion to Seal, this Motion (ECF No. 197) is GRANTED.

The Clerk of the Court is directed to close the Motion accordingly.

SO ORDERED.

Dated: APR 1 4 2025
New York, New York

*George B. Daniels*
George B. Daniels
United States District Judge