UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Casey E. Hall-Landers,

                Plaintiff,

-against-

New York University,

                Defendant.

20-cv-03250 (GBD) (SLC)

**ORDER**

George B. Daniels, United States District Judge:

    Given's Plaintiff Stipulation of Voluntary Dismissal (ECF No. 211), the stay in this case is lifted and this case is CLOSED.

    The Clerk of the Court is directed to close the above-captioned case accordingly.

SO ORDERED.

Dated:   SEP 0 4 2025
           New York, New York

*George B. Daniels*
George B. Daniels
United States District Judge